AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

APPEARANCE

v.

David G. Chavez

CASE NUMBER: CR 07 124-02T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

David G. Chavez

I certify that I am admitted to practice in this court.

October 3, 2007
*Date*

Michael J. Lepizzera, Jr.
*Signature*

Michael J. Lepizzera, Jr. #4995
*Print Name* *Bar Number*

301 Metro Center Blvd. Ste 102
*Address*

Warwick RI 02886
*City* *State* *Zip Code*

(401) 739-7397 (401) 384-6950
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.