IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-07-124-02T |
| | : | |
| DAVID G. CHAVEZ | : | |

GOVERNMENT'S SENTENCING MEMORANDUM

The government recommends a sentence of imprisonment of eight months. In considering its sentencing recommendation, the government looks to the nature of the offense, the defendant's role in the offense, and the need for the sentence imposed.

This case involved a conspiracy to commit a bank fraud in excess of $80,000, over $60,000 of which was attributable to the defendant, David G. Chavez, as relevant conduct. The loss is significant. Moreover, Citizens bank will likely never be made whole in light of the financial position of the defendants.

While it is undisputed that John P. Perras was the ringleader and mastermind behind the counterfeit check scheme, Chavez was crucial to the success of the operation. As a customer service specialist at Citizens Bank, Chavez provided valuable inside information, without which the scheme would have failed.[1] It was Chavez and the information that he provided that allowed Perras to target accounts with sufficient funds to

[1] According to Perras's statement, Chavez provided him with information regarding "Sonja Selami, Michael Coyne or Coyle, The Stiles Group or Company, and [he believes] also Capital Trust." In his statement to Secret Service Agent Caroline O'Brien-Buster, Chavez admitted to providing Perras with information regarding a few accounts, in particular "Capital Trust."

successfully perpetrate the fraud. Chavez's information also allowed Perras to make fraudulent checks with a check number higher than the most recent legitimate checks written on the account. Chavez's behavior was an essential element of the scheme to defraud.

Chavez's actions also involved a breach of trust. Citizen's Bank and its customers suffered as a result of this breach, even though the customers were reimbursed by the bank. Given the tangible and intangible effects of Chavez's participation in the conspiracy, there is a need for deterrence. For all of the reasons stated above, the government recommends a sentence of eight months.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

# CERTIFICATE OF SERVICE

On March 6, 2008, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Michael J. Lepizzera, Esq.
301 Metro Center Boulevard - Suite 102
Warwick, Rhode Island 02886

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov